IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: : CASE NO. 12-03135 (ESL)
:
CARLOS LUIS GONZALEZ SANCHEZ : CHAPTER 13
:
:
Debtor :
_____:

## OPINION AND ORDER

This case is before the court upon the order to show cause entered by this court on June 13, 2012 (Dkt. #9) upon the request of the United States Trustee ("UST") (Dkt. #8) against petition preparer Mr. Valentín Valdés Ayala (Hereinafter "Valdes"). The instant bankruptcy petition was subsequently voluntarily dismissed. The court retained jurisdiction to determine if any sanctions should be imposed against Mr. Valdés. After considering all relevant facts, the court finds and concludes that sanctions are appropriate and imposes the same as detailed below.

A. The order to show cause:

Mr. Valdés was ordered to show cause why he should not be found to have violated 11 U.S.C. §§ 110, 526 and 528; why he should not be penalized and enjoined to act as a bankruptcy petition preparer pursuant to 11 U.S.C. 110(h)(4), (j)(2)(B) and (j)(3); and why he should not be referred to the U.S. Attorney for having violated 18 U.S.C. §156, that is, for knowingly disregarding the requirements of the Bankruptcy Code and Rules, which result in the dismissal of the petition.

B. Mr. Valdés' Answer:

Mr. Valdés did not answer the order to show cause.

C. Discussion:

Mr. Valdés meets the definitions of a petition preparer and a debt relief agency. Thus he must comply with the requirements imposed upon the same by §§ 110, 526 and 528. Mr. Valdés failed to meet his burden of showing cause that he has not violated § 110 and has not offered a reasonable explanation as to why he should not be enjoined to act as a bankruptcy petition preparer pursuant to 11 U.S.C. 110(h)(4), (j)(2)(B) and (j)(3).

CONCLUSION

In view of the foregoing the court enjoins Mr. Valdés from acting as a bankruptcy petition preparer pursuant to 11 U.S.C. 110(h)(4), (j)(2)(B) and (j)(3).

SO ORDERED.

In San Juan, Puerto Rico, this 14 th day of September, 2012.

Enrique S. Lamoutte
United States Bankruptcy Court